1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JASON SAUNDERS,                          CASE NO. CV-F-02-5806 OWW DLB P

12                    Plaintiff,               _____ORDER DIRECTING PLAINTIFF
                                               TO SUBMIT USM 285 FORMS
13
                                               ORDER DENYING PLAINTIFF'S MOTION
14                                             FOR DEFENDANTS TO BEAR COSTS OF
                                               SERVICE
15         vs.
                                               [Doc. 64]
16    J.W. FAIRMAN, et al.,

17                    Defendants.
18    _____/

19

20         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

21    section 1983.  The Court has previously ruled that plaintiff is not entitled to proceed in forma pauperis

22    in this action because he has previously accumulated at least three qualifying dismissals on the grounds

23    of being frivolous, malicious, or failing to state a claim.  28 U.S.C. § 1915(g); Court's Order filed

24    September 25, 2002.  On November 15, 2004, the Magistrate Judge recommended that this action be

25    dismissed based on plaintiff's failure to obey the Court's order of April 23, 2004 directing plaintiff to

26    effect service on defendants.  Plaintiff filed objections to the recommendation and the Court adopted the

27    recommendation and dismissed the case on February 4, 2005.  Plaintiff filed a Notice of Appeal on

28    February 9, 2005.  On July 19, 2006, plaintiff moved this Court pursuant to Federal Rules of Civil

      Procedure 60(a) and (b) to reconsider its orders of November 15, 2004 and February 4, 2005.  Given

plaintiff's pro per status and possible confusion regarding the rules for service of process, the Court granted plaintiff's motion for reconsideration of the dismissal of his case on August 29, 2006.  In the same Order, the Court granted plaintiff sixty (60) days in which to complete service of process on defendants.

On October 10, 2006, the Court granted plaintiff's motion for service by the U.S. Marshal and advised plaintiff that upon return of the file from the Ninth Circuit Court of Appeal, the Court would forward USM 285 forms and a copy of the amended complaint to plaintiff, along with the estimated costs for service by the marshal.  The Court has now received the file from the Court of Appeal. Accordingly, it is hereby ordered:

1. Service is appropriate for defendants Snell, Smith, Nelson, Maciel, Forener, Gonzales, Fairman and Johnson.

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 5, 2002.

3. The fee for service by mail of the waivers and complaint on the defendants is $8.00 per defendant.  Because plaintiff is not proceeding in forma pauperis, plaintiff must submit these fees.

3. Within TWENTY (20) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a. Completed summons;

b. One completed USM-285 form for each defendant listed above;

c. Nine (9) copies of the endorsed complaint filed July 5, 2002; and

d. A money order or cashiers check made payable to the United States Marshal in the amount of $64.00.

4. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4;

5. Plaintiff's motion for a court order requiring defendants to bear the costs of service is

DENIED.  Such costs may be recoverable by the prevailing party in this action upon appropriate submission after judgment.

IT IS SO ORDERED.

**Dated:     November 22, 2006**                              **/s/ Dennis L. Beck**
3b142a                                               UNITED STATES MAGISTRATE JUDGE