1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON SAUNDERS,                          CASE NO. CV-F-02-5806 OWW DLB P

12                    Plaintiff,        _____ ORDER DENYING PLAINTIFF'S
                                               MOTION TO PROPOUND DISCOVERY OR
13           vs.                               SERVICE OF SUBPOENA DUCES TECUM
                                               WITHOUT PREJUDICE
14
     J.W. FAIRMAN, et al.,                     [Doc. 81]
15

16                    Defendants.
                                          /
17

18           On April 23, 2007, plaintiff filed a motion to propound discovery and a motion to serve

19   subpoenas duces tecum.  Plaintiff makes this request so that he can ascertain the location of defendants

20   Saunders, Powers, and Fairman so that they may be served.  Currently, seven defendants have been

21   served including defendants Johnson, Snell, Forener, Gonzalez, Smith, Nelson, and Maciel.  Plaintiff

22   notes that his original complaint names Saunders, Fairman and Powers as three additional defendants.

23           On August 25, 2006, this court ordered that plaintiff be sent ten summonses and that plaintiff

24   serve the defendants.  See, Document # 51.   The plaintiff did not effectuate proper service on the

25   defendants.  Subsequently, on November 27, 2006, the court determined that service was appropriate

26   for eight of the defendants : Snell, Smith, Nelson, Maciel, Forener, Gonzalez, Fairman and Johnson.

27   See, Document # 65.   Fairman has not been served due to an inability to locate him.  In the instant

28   motions, plaintiff asserts that all ten defendants should be served.

             On March 28, 2008, defendants requested that the court screen plaintiff's complaint.   Plaintiff

1   opposed this motion.  However, in light of the confusion regarding the identity and location of the

2   defendants, the court is going to screen plaintiff's compliant to determine whether plaintiff states a claim

3   upon which relief may be granted.  Upon completion of the screening, the court will issue an order

4   outlining which defendants, if any, are properly named in the action.  Because the court's screening may

5   render plaintiff's motions moot, plaintiff's motions are is denied without prejudice.   Accordingly, IT

6   IS HEREBY ORDERED that:

7        1)     Plaintiff's motions to propound discovery and serve subpoenas duces tecum are denied

8               without prejudice.

11     IT IS SO ORDERED.

12     **Dated:**   **May 30, 2007**          /s/ **Dennis L. Beck**

UNITED STATES MAGISTRATE JUDGE