IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J W FAIRMAN, JR., et al.,<br><br>　　　　Defendants.<br>_____/ | 1:02-cv-05806-OWW-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #92)<br><br>(30) THIRTY DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2008, plaintiff filed a motion to extend time to File Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to File Objections to Findings and Recommendations.

　　　　IT IS SO ORDERED.

　　　　Dated:　July 21, 2008　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE