# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>J.W. FAIRMAN, JR, et al.,<br><br>    Defendants.<br>_____/ | 1:02-cv-005806-OWW-DLB (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #94)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 28, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to .

IT IS SO ORDERED.

Dated:   **September 4, 2008**              **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE