1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT FOR THE

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   JASON SAUNDERS,                          1:02-cv-5806-OWW-DLB-(PC)

12          Plaintiff,                        ORDER GRANTING THIRD MOTION
                                              TO EXTEND TIME TO FILE
13      vs.                                   OBJECTIONS TO FINDINGS AND
                                              RECOMMENDATIONS
14   J W FAIRMAN, JR., et al.,
                                              (DOCUMENT #96)
15          Defendants.
                                              TEN  DAY DEADLINE
16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On October 10, 2008,  plaintiff filed a motion to extend time to file objections to

19   findings and recommendations.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted ten (10) days from the date of service of this order in which to file

22   objections to findings and recommendations.

23

24      IT IS SO ORDERED.

25   **Dated:   October 20, 2008**          _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28