# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>J.W. FAIRMAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-cv-05806-OWW-DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 91) |

      Plaintiff Jason Saunders, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On May 30, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining three extensions of time, plaintiff filed an Objection on November 5, 2008. Defendants did not file an objection.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 30, 2008, is adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint filed on May 2, 2008 against the following defendants on the following claims:
    a. Correctional Officers J. Nelson, A. Masiel, S. Forner, and E. Gonzales for retaliation based on Plaintiff's engaging in protected activities;
    b. Correctional Officers J. Nelson, A. Masiel, S. Forner, and E. Gonzales for jeopardizing Plaintiff's safety and failure to protect;
    c. Correctional Officer E. Gonzales for procedural due process violation(s); and
    d. Warden J.W. Fairman; Associate Wardens G. Bingham and C. Powers; Facility Captain Mark Johnson; and Lieutenants R. Woods, T.W. Jennings, J Sanders, D. Snell, and E. Smith for unconstitutional promulgation or implementation of policy.
3. Plaintiff's following claims against the following defendants are dismissed with prejudice for failure/inability to state a claim:
    a. Correctional Officer A. Masiel for verbal threats/harassment;
    b. Lieutenants Sanders, Snell, and Jennings for procedural due process violations;
    c. all defendants for equal protection of the law violations; and
    d. all defendants for conspiracy activities under 42 U.S.C. §1985 and 42 U.S.C. §1986; and
4. Plaintiff's claims against Staff Services Analyst S. Espinoza are dismissed with prejudice for failure to state a claim.

IT IS SO ORDERED.

**Dated:   May 6, 2009                    /s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE