IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | CASE NO. CV-F-02-5806 OWW DLB P |
| Plaintiff, | ORDER |
| vs. | |
| J.W. FAIRMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983. The Court has previously ruled that plaintiff is not entitled to proceed in forma pauperis in this action because he has previously accumulated at least three qualifying dismissals on the grounds of being frivolous, malicious, or failing to state a claim. 28 U.S.C. § 1915(g); Court's Order filed September 25, 2002. Plaintiff paid the filing fee on December 26, 2002.

This action is proceeding against defendants J. Nelson, A. Masiel, S. Forner, and E.Gonzales J.W. Fairman; Associate Wardens G. Bingham and C. Powers; Facility Captain Mark Johnson; and Lieutenants R. Woods, T.W. Jennings, J Sanders, D. Snell, and E. Smith. Defendants Smith, Nelson, Johnson, Masiel, Forner, Gonzalez and Snell have appeared in this action; the remaining defendants have not yet been served.

///

///

**Defendants' Request for Extension of Time (Doc. 90)**

On May 23, 2008, Defendants Smith, Nelson, Johnson, Masiel, Forner, Gonzalez, and Snell filed a motion requesting that the Court allow sixty days from the date of the Court's screening order for Defendants to file a responsive pleading. In the event that the Court ordered service on additional defendants, however, Defendants requested that the Court set one responsive pleading date after all defendants have been served.

This case has been pending since 2002. In the interest of judicial efficiency, defendants Smith, Nelson, Johnson, Masiel, Forner, Gonzalez, and Snell are ordered to serve a responsive pleading within 60 days of service of this order. Defendants may file a request for an extension of time; however, no extension will be granted absent a showing good cause.

**Service Upon Remaining Defendants**

Defendants J. W. Fairman, Bingham, Powers, Woods, Jennings, and Sanders have not yet been served with the summons and complaint. Within 20 days of service of this order, Plaintiff shall either file a motion requesting that the United States Marshal effect service on the remaining defendants, or notify the Court that he wishes to effect service on his own.[1]

IT IS SO ORDERED.

Dated: **May 11, 2009**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 4(c)(3), at the request of the plaintiff, "the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed.R.Civ.P. 4(c)(3) Plaintiff is advised that if he requests service by the United States Marshal, he will be required to pay the marshal's costs in doing so.