IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>            Plaintiff,<br><br>    vs.<br><br>J.W. FAIRMAN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-02-5806 OWW DLB P<br><br>ORDER RE REQUEST FOR SERVICE BY UNITED STATES MARSHAL AT PLAINTIFF'S EXPENSE<br><br>(Doc. 102)<br><br>TWENTY (20) DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983. The Court has previously ruled that plaintiff is not entitled to proceed in forma pauperis in this action because he has previously accumulated at least three qualifying dismissals on the grounds of being frivolous, malicious, or failing to state a claim. 28 U.S.C. § 1915(g); Court's Order filed September 25, 2002.

Defendants J. W. Fairman, Bingham, Powers, Woods, Jennings, and Sanders have not yet been served with the summons and complaint. On May 11, 2009, the Court ordered Plaintiff to either file a motion requesting that the United States Marshal effect service on the remaining defendants, or notify the Court that he wishes to effect service on his own. On May 20, 2009, Plaintiff notified that Court that he requests service by the United States Marshal, at his own expense.

1  Plaintiff shall notify the Court within twenty (20) days of the locations for service for defendants J. W. Fairman, Bingham, Powers, Woods, Jennings, and Sanders. The Court will then calculate the approximate cost for service by the United States Marshal and Plaintiff will be provided with an opportunity to submit payment.

Plaintiff is advised that the cost for service is $55/hour for each Deputy United States Marshal, and the current milage rate is $0.55/mile.

IT IS SO ORDERED.

Dated:   **September 16, 2009**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE