IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>        Plaintiff,<br><br>  vs.<br><br>J.W. FAIRMAN, et al.,<br><br>        Defendants. | CASE NO. CV-F-02-5806 OWW DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE WITHIN TWENTY (20) DAYS<br><br>(Doc. 113)<br><br>ORDER RE MOTION TO STAY MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 110) |

      Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. section 1983. Plaintiff is ineligible to proceed in forma pauperis in this action. 28 U.S.C. §1915(g).

      On July 10, 2009, Defendants Forener, Gonzalez, Johnson, Snell Smith, Nelson and Maciel ("Defendants") filed a motion for summary judgment. (Doc. 103.)

**I.    Motion for Court Order (Doc. 113)**

      On October 4, 2009, Plaintiff filed a document stating that his legal property is being withheld and that he is unable to litigate this action.[1]

      Defendants are HEREBY DIRECTED to file a response within twenty (20) days of service of this order.

---

[1] Plaintiff's request is unsupported by any evidence (e.g., a declaration). Plaintiff is forewarned that the Court will not direct Defendants to respond to any future motions that are similarly deficient.

## II. Motion for Order Staying Defendants' Motion for Summary Judgment (Doc. 110)

Plaintiff has not yet filed an opposition or statement of non-opposition to Defendants' motion for summary judgment. The Court will address Plaintiff's motion in due course.

IT IS SO ORDERED.

Dated: **October 27, 2009**          /s/ Dennis L. Beck
                                                              UNITED STATES MAGISTRATE JUDGE