## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>        Plaintiff,<br><br>    vs.<br><br>J.W. FAIRMAN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV-F-02-5806 OWW DLB PC<br><br>ORDER RE MOTION FOR JUDICIAL INTERVENTION<br><br>(Doc.108) |

Plaintiff Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. section 1983. Plaintiff is ineligible to proceed in forma pauperis in this action. 28 U.S.C. §1915(g).

On July 20, 2009, Plaintiff filed a request for judicial intervention and a request that the Court issue an order to show cause. (Doc.108.) Plaintiff contends that he was placed in Administrative Segregation and is without his legal materials and publications, and without access to the law library. Plaintiff contends that prison staff are "acting in concert" with defendants to prevent Plaintiff from diligently prosecuting his case. (Id., p. 2.) Plaintiff requests that the Court issue an order to show cause requiring i) Correctional Officer C. Archuleta to identify the location of five boxes of Plaintiff's legal files; ii) Correctional Officer McAffe to identify the current location of Plaintiff's property he seized; and iii) Legal Officer B. Stephens to locate and issue all of plaintiff's legal materials, files, and/or publications immediately, and also to provide Plaintiff with law library access.

1    On October 8, 2009, Plaintiff filed a renewed motion for a court order, wherein Plaintiff argues that he is still being deprived of his legal property.[1] (Doc. 113.) By order issued concurrently, Defendants have been ordered to file a response to the October 8, 2009, motion within twenty (20) days.

As a result, Plaintiff's motion for judicial intervention, filed July 20, 2009, is disregarded.

IT IS SO ORDERED.

Dated:   **October 27, 2009**             **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also indicates that he is no longer housed at CSATF, but was recently transferred to CSP-Lancaster.