# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>            Plaintiff,<br><br>    v.<br><br>FAIRMAN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:02-cv-05806-OWW-DLB PC<br><br>ORDER VACATING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR PENDING SUBMISSION OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 230(L)<br><br>(Doc. 103) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Jason Saunders ("Plaintiff"), a state prisoner proceeding pro se. Pending before the Court is a motion for summary judgment, filed July 10, 2009, by Defendants Forner, E. Gonzalez, M. Johnson, D. Snell, E. Smith, J. Nelson, and Masiel ("Defendants"). Plaintiff has yet to file an opposition to the motion. Discovery has not commenced in this action.

The Court has reviewed the record in this action. By separate order, Plaintiff will be granted additional time to conduct discovery prior to filing an opposition. See Fed. R. Civ. P. 56(f). Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion for summary judgment, filed July 10, 2009, is HEREBY DEEMED VACATED from the Court's calendar until Plaintiff's opposition and Defendants' reply, if any, is submitted. Local Rule 230 (l).

   IT IS SO ORDERED.

   Dated:   December 10, 2009              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1