# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | CASE NO. 1:02-CV-05806-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANTS FAIRMAN, BINGHAM, POWERS, WOODS, JENNINGS, AND SANDERS WITHOUT PREJUDICE |
| v. | |
| J. W. FAIRMAN, JR., et al., | |
| Defendants. | (DOC. 150) |

Plaintiff Jason Saunders ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff had not effected service of process on J.W. Fairman, Bingham, Powers, Woods, Jennings, and Sanders. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on July 19, 2011.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 28, 2011, is adopted in full; and
2. Defendants J.W. Fairman, Bingham, Powers, Woods, Jennings, and Sanders are

1

dismissed from this action without prejudice for failure to effect service of process pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated:   **July 22, 2011**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE