# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. W. FAIRMAN, JR., et al.,<br><br>　　　　　Defendants. | CASE NO. 1:02-CV-05806-LJO-DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION<br><br>DOC. 155<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Jason Saunders ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Forener, Gonzales, Johnson, Masiel, Nelson, Smith, and Snell for retaliation in violation of the First Amendment, violation of the Due Process Clause of the Fourteenth Amendment, failure to protect in violation of the Eighth Amendment, promulgation or implementation of an unconstitutional policy, and state law claims. On July 6, 2011, the Court granted in part Plaintiff's motion to compel. Doc. 151. Pending before the Court is Plaintiff's motion filed August 12, 2011. Doc. 155. Plaintiff contends that Defendants have not complied with the Court's July 6, 2011 order. Defendants have not responded. The Court will provide an opportunity for Defendants to respond before adjudicating Plaintiff's motion.

　　　Accordingly, it is HEREBY ORDERED that Defendants are to file a response to Plaintiff's August 12, 2011 motion within fourteen (14) days from the date of service of this order. Failure to respond or otherwise comply may result in sanction against Defendants.

　　　IT IS SO ORDERED.

　Dated:　**September 14, 2011**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1