1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   JASON SAUNDERS,                          CASE NO. 1:02-CV-05806-LJO-DLB PC

9              Plaintiff,                    ORDER DENYING PLAINTIFF'S MOTION
                                            REGARDING DISCOVERY (DOC. 155)
10      v.
                                            ORDER REQUIRING PLAINTIFF TO FILE
11   J. W. FAIRMAN, JR., et al.,             OPPOSITION OR NON-OPPOSITION TO
                                            DEFENDANTS' MOTION FOR SUMMARY
12              Defendants.                  JUDGMENT (DOC. 103)

13                                          RESPONSE DUE WITHIN TWENTY-ONE
     _____/     DAYS
14

15         Plaintiff Jason Saunders ("Plaintiff") is a prisoner in the custody of the California

16   Department of Correction and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this

17   civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants

18   Forener, Gonzales, Johnson, Masiel, Nelson, Smith, and Snell for retaliation in violation of the

19   First Amendment, violation of the Due Process Clause of the Fourteenth Amendment, failure to

20   protect in violation of the Eighth Amendment, promulgation or implementation of an

21   unconstitutional policy, and state law claims.  On July 6, 2011, the Court granted in part

22   Plaintiff's motion to compel.  Doc. 151.  Pending before the Court is Plaintiff's motion filed

23   August 12, 2011.  Doc. 155.

24   **I.    Plaintiff's Motion Regarding Discovery**

25         Plaintiff contends that Defendants have not complied with the Court's July 6, 2011 order.

26   On September 14, 2011, the Court ordered Defendants to file a response.  On September 28,

27   2011, Defendants filed their response.  Docs. 158, 159.  Defendants contend that they fully

28   complied with the Court's order.  Defendants filed as exhibits their responses and a declaration

1  from Defendants' counsel, who declared that he served Plaintiff with the responses on August 5,

2  2011.  No reply was timely filed.  L.R. 230(l).

3       The Court finds that Defendants have complied with the Court's order granting Plaintiff's

4  motion to compel in part.  Accordingly, it is HEREBY ORDERED that Plaintiff's motion

5  regarding discovery, filed August 12, 2011, is DENIED as moot.

6  **II.     Opposition To Summary Judgment**

7       On July 10, 2009, Defendants filed a motion for summary judgment.  Doc. 103.  The

8  Court deferred considering the motion until discovery could be conducted, pursuant to Federal

9  Rule of Civil Procedure 56(d), formerly Rule 56(f).  Order, Doc. 121.  The discovery in this

10 matter is now concluded.

11      Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement

12 of non-opposition to Defendants' motion for summary judgment within **twenty-one (21) days**

13 from the date of service of this order.  Failure to timely comply or otherwise respond will be

14 construed as a waiver of the opportunity to file an opposition.

15      IT IS SO ORDERED.

16 **Dated:    October 18, 2011              /s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28