# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. W. FAIRMAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:02-CV-05806-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION<br><br>(DOC. 161) |

Plaintiff Jason Saunders ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 25, 2011, Plaintiff filed a motion for a court order directing prison librarians to refrain retaliation.  Doc. 161.  The motion is construed as a motion for preliminary injunction.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days.  Doc. 162.  No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The Findings and Recommendations, filed November 2, 2011, is adopted in full; and

2.　　Plaintiff's motion, filed October 25, 2011, is denied.

IT IS SO ORDERED.

**Dated:   December 9, 2011**　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE