# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>             Plaintiff,<br><br>     v.<br><br>J. W. FAIRMAN, JR., et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:02-CV-05806-LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 103)<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

Plaintiff Jason Saunders ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Forener, Gonzales, Johnson, Masiel, Nelson, Smith, and Snell for retaliation in violation of the First Amendment, violation of the Due Process Clause of the Fourteenth Amendment, failure to protect in violation of the Eighth Amendment, promulgation or implementation of an unconstitutional policy, and state law claims. On October 19, 2011, the Court ordered Plaintiff to file an opposition or non-opposition to Defendants' motion for summary judgment, within twenty-one days from the date of service of the order. Doc. 160. As of the date of this order, Plaintiff has not complied. The Court will provide one final opportunity for Plaintiff to comply.

Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement of non-opposition to Defendants' motion for summary judgment within thirty (30) days from the date of service of this order. Failure to timely comply or otherwise respond will be construed as waiver of the opportunity to file an opposition.

IT IS SO ORDERED.

Dated:   **December 13, 2011**                **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE